FILED '24 FEB 16 AM 08:10 MDGA-COL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_Columbus_ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

McKissic Carlton
_____

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

CIVIL ACTION NO: _____

VS.

Corporal Sherry Ziegler, Corporal Valerie Holder, R.T. Boren Cheif, Wesley Lambertus, Sgt. Craig Haggas, Teresa Hudgens,
(NAME OF EACH DEFENDANT)

Defendant(s)
William C. Rumer, Amy Braley

## I. GENERAL INFORMATION

1. Your full name and prison number  McKissic Carlton
2. Name and location of prison where you are now confined  Valdosta State Prison, Valdosta Georgia
3. Sentence you are now serving (how long?)  Life without, plus, 20yrs, 20yrs CC, & 20yrs CS)
   (a) What were you convicted of?  3x Child molestation, 3x Furnishing Alcohol Aggravated Child molestation, 1x Aggravated Sodomy
   (b) Name and location of court which imposed sentence  Muscogee County Superior Court
   (c) When was sentence imposed?  March 2014
   (d) Did you appeal your sentence and/or conviction?  Yes ✓  No ☐
   (e) What was the result of your appeal?  Denied

(f) Approximate date your sentence will be completed ___March 21st 2014___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?  Yes ☐  No ☒

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
   Plaintiff(s): _____
   Defendant(s): ___N/A___

   (b) Name of Court: _____
   (c) Docket Number: ___N/A___ When did you file this lawsuit? ___N/A___
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?  Yes ☐  No ☒
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   ___Unknown at this time___

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?  Yes ☒  No ☐

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
   Plaintiff(s): ___McKissic Carlton___
   Defendant(s): ___Warden Jacob Beasley___
   (b) Name of Court: ___U.S. Middle District of Valdosta Division___
   (c) Docket Number: ___N/A___ When did you file this lawsuit? ___Aug. 2022___
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?  Yes ☐  No ☐

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes [✓]  No [ ]

If your answer is Yes, state the name of the court and docket number as to each case:

United State middle district Court of Valdosta Division

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? In THe Superior Court of Muscogee County "Columbus, Georgia"

(a) Does this institution have a grievance procedure? Yes [ ] No [✓]

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance? Yes [ ]  No [✓]

(2) If Yes, what was the result? N/A

(3) If No, explain why not: There's no grievance forms at This Camp / Valdosta State Prison to File such, no do Plaintiff have an Attorney's or an advisor to Explain;

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

N/A

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☐   No ☑

(1) If Yes, to whom did you appeal and what was the result? _____

N/A

(2) If No, explain why you did not appeal: _An grievance Procedure and Form has been denied by the Failure to have adequate appropriate legal system, Forms, Etc_

10. In what other institutions have been confined? Give dates of entry and exit.

_Muscogee County Jail,_
_Roger State Prison_
_Valdosta State Prison_

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

_Valdosta State Prison, P.O. Box 5368, Valdosta, Georgia 31603_

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

_Please see enclosed attachments_

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? _Columbus Georgia Police Department, Superior Court and County Jail_

WHEN do you allege this incident took place? _March 22, 2012_

WHAT happened? _False Arrest / False imprisonment took Place of False allegations, that did not have any procedure warrant application Hearing for my arrest, violating my Freedom, Liberty, 14m5, Due Process rights, deliberate indifference, Emotional distress Emotional pain, and suffering, Emotion abandonment, deprivation of life, Emotionally injured of irreparable injuries, serious physical injury, Slander of character, Defamation of Character" The Alledge incident Happened on the 19; of March 2012 And I was illegally arrested on the 22 day of March, without A warrant and For the Alledge charges I've been numerously beaten at the County Jail let the record reflect such physical injuries to my eye and Pain medication, through this incarceration I've been stabbed in the back almost lost my life, yet I am Labled legally cripple For the rest of my life For spinal injuries_

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Public Defender, Robert L Wadkins, ADA Wesly Lambertus, Judge William C Ramer, Corporal, Sherry Ziegler, Valerie Holder Detective, Sergeant Craig Haggis Randy Alston (P.D) Teresa Hudgens (P.D.) Attorney David Walter, ADA, Fred Lewis, Amy Braley, Officer, Maxwell Todd, Asst Chief C.V. Rowe Chief R.T Boren

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

March 19, 2012 alligation was reported again said children of sexual assault x3 thereto a false arrest was made without a proper warrant, that was issue on March 22, 2012, detained in the Muscogee County Jail by Columbus Police Department officials (custody) Hereto the warrant issued are void, for statute of limitation of 48 Hours of Arrest Shall be Released. Wherefore, I was arrested without a warrant, and are now being held under "False Imprisonment" arising out of the Arrest" Moreover, theres no Affidavit for the Arrest warrant upon the "see Enclosed"

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 22 day of January, 2024.

_McKinzie Carlton_
PLAINTIFF

"Defendant'[s] Individually And In Their Official Capacities"

(1. Columbus Police Department" Corporal, Sherry Ziegler, #18486, P.O. Box 1866, 510 Tenth Street, Columbus, GA 31902-1866

(2. Columbus Police Department, R.T. Boren, (Chief of Police) P.O. Box 1866, 510 Tenth Street, Columbus, GA 31902-1866)

(3. Columbus Police Department Assistant Chief (V. Rowe)

(4. Columbus Police Department, Corporal, Valerie Holder #26762

(5. Wesley Lambertus Ass't. District Attorney, Bar # 486733 Office of the District Attorney P.O. Box 1340, Columbus, GA. 31902

(6. Columbus, Police Department Sergeant Craig Haggas (signed warrant) P.O. Box 1866, 510 Tenth Street, Columbus, GA 31902

(7. Columbus, Police Department, Officer, Maxwell Todd, (P.O. Box 1866 510 Tenth Street, Columbus, GA 31902 (Photographs) with -

(8. Columbus, Police Department, Sgt. Randy Alston, P.O. Box 1866, 510 Tenth Street, Columbus, GA 31902)

(9. Teresa Hudgens #27096 "Columbus Police Department, P.O. Box 1866, 510 Tenth Street, Columbus GA, 31902)

(10. Hon. Judge William C. Rumer Superior Court Muscogee County 10th Floor, Muscogee County Government Center, 100 10th Street, Col GA, 31901

(11. Fred Lewis, Assistant District Attorney, Muscogee County Government Center, 100 10th Street, Columbus, GA 31902

(12. Public Defender David Walker, GPDSC # 731659. Appellate Division, 201 Second Street, Suite 550, Macon, GA, 31201) 478-621-5984

(13. Amy Braley; Forensic Interviewer) 18 9th St. Suite. 102 Columbus, GA, 31906)

(1.

(14.) Circuit Public Defender: Robert L. Wadkins, 420 10th Street, Columbus, GA, 31901-2856) # Bar # (731659) 706-653-4301)

(15.) Anthony Brown "Foreman, Grand Jury Columbus, Georgia, 31906

(16.) Sgt. David Ellmer, Columbus Police Department, 510 10th Street, Columbus, Georgia, 31901,

(17.) Cpl. Robin Rich, Columbus Police Department, 510 10th Street, Columbus, Georgia, 31901

(18.) Sgt. Randall Alston, Columbus Police Department, 510 10th Street, Columbus, Georgia, 31901

(19.) Robin King "Public Defender Office, 420 10th Street, Columbus, Georgia, 31901-2856 (706-225-3837), (Bar # 975671)

(20.) Letitia Sikes (A.D.A) Assistant District Attorney, Chattahoochee Judicial Circuit, 100 10th Street, Columbus, Georgia 31901 (Georgia Bar No: 416951

(21.) Mr. Brad Bickerstaff (A.D.A) Assistant District Attorney P.O. Box 1340, Columbus, GA, 31902)

(22.) Mr. Matthew Jon Landreau, Assistant District Attorney, 100 10th St, 3rd Flr. Columbus, GA, 31901

McKissic Carlton
V.S.P. P.O. Box 5068
Valdosta, GA, 31603

(2)

"Defendants" "Individually" and in their Official "capacities"

(1.) Corporal Sherry Ziegler #18486, Columbus Police Department P.O. Box 1866, 510 Tenth Street Columbus GA, 31902
(2) R.T. Boren, Chief of Police
(3.) C.V. Rowe, Assistant Chief, (4. Corporal Valerie Holder #26762.) (5. Sergeant Craig Haggas, (6. Maxwell Todd C.P.D) (7. Sgt. Randy Alston C.P.D) (8. Teresa Hudgens #27096 (C.P.D) (9. District Attorney, Wesley Lambertus Bar #496733 (10. Assistant District Attorney Brad Brickerstaff (11. Matthew Jon Landrea, (12. Letitia Sikes, (13. Hon. Judge, William C. Rumner, (14. David Walker G.P.D.S.C. (Macon) #731659) (15, Robert L. Wadkins, #731658) (16. Amy Braley (Forensic interviewer) (17. Anthony Brown, Foreman for Grand Jury, (18. Robin King, Bar #975671 (19. Sgt. David Ellmer (C.P.D)

"Jurisdiction" And "Venue"

This is a Civil Action Authorized by 42 U.S.C. Section 1983 to "redress" the deprivation, "Under Color of State Law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 USC, Section 1331 and 1343 (A) (3). Plaintiff, McKissic Carlton, seeks "declaratory relief" Pursuant to 28 —

(1.)

U.S.C. Section 2201, and 2202"
Plaintiff, McKissic Carlton, claims For "injunctive relief"
are Authorized by 28. U.S.C. Section 2283 and 2284
And Rule 65 of the Federal Rules of Civil Procedure.
Plaintiff, seeks, "Preliminary Injunction" under PLRA"
(3. Plaintiff's McKissic Carlton claims For "Permanent
"injunction relief" (4. "Prospective Relief" (5. Federal
Torts Claims Act (FTCA) (6. Emotional Distress
Claims)

"Material merits of Facts"
"Compensational Damages" To wit) claims

(1. Mental Distress, (2. Mental Disturbance claim,
(3. general Damages claim, (4. Expectation Damages
claims (5. Hedonic Damages claims, (6 liquidated
Damages claim, (7. MORA tory damages claims
(8. Direct Damages claims, (9 Treble Damages
Claims, (10 special Damages claims, (11 Presumed
Damages Claim (12 Emotional Damages Claims)
(13 IRReparable Damage of Emotional
Abandonment

"Issue of LAW claims relief
For Damages"

(1. Slander Damage claim, (2. Defamation of
(3) Character Damage claims, (4) False imprisonment
Claim of Damages,

② v

(5. False Arrest Claim (6. "Intentional Infliction of Emotional Distress", (7. "False Imprisonment Claim" (8. "Unlawful detention of the Person of Another" (9. "Invalid Warrant" (10. Unlawful Imprisonment" (11. "Unlawful Seizure of Person" (12. Breach of Contract (13. Breach of Duty: (14. Material Breach, (15. Breach of Warranty"

"United States Constitution Rights Violations", To "Procedural Due Process, Due Process of Law and "Substantive Due Process", To wit

1. 14th Amendment Right to Due Process right to Fair Procedures and Criminal Process.
2. 8th Amendment "Cruel and Unusual Punishment Psychological Harm, 3 "Unnecessary and Wanton Infliction of Emotional Pain and Suffering, (4.) "Deliberate Indifference" Gross Negligence"

"Declaration of Human Rights"
Claim For relief

(1 Article #1, #2, #3, Deprivation of Life and liberty
Article #4, #5, #7, #8, # Article #9 #10 #12
Article #18, #23

"Preponderance of Evidence"
To Genuine issues of Facts of Law

"Arrest of Persons"

Article 3. Warrants For —

(3.

Arrest.")

(1) Pro Se/Plaintiff McKissic Carlton, claims that upon the face of the records are a "Nullity" and "Void" "Contract" Warrant application hearing" that identifies such Criminal Procedure and Criminal Process occurred [OCGA 17-4-40 (4)]

(2) Plaintiff contends that No Warrant application hearing Has produced The Lack of Jurisdiction to consider "Probable Cause", A "Nullity and Void" violation of Controlling Law, O.C.GA 17-4-40 (5)

(3) No Form of Affidavit issue to comport with Affirmative Action "Duty of person Arresting without warrant investigation report.

(4) Plaintiff, McKissic Carlton, contends that the Alleged Incident occurred Approximately March 19, 2012, And He was in custody of Columbus Police Department March 22, 2012 or March month. At 9:Am a little Afterward that Exceeded the Statute of Limitations see 17-4-40. "No Such imprisonment shall be legal beyond A reasonable time Allowed for this purpose; To wit) And Any person who is not brought before Such Judicial Officer within (48 Hours) of Arrest shat be released"

(5) No Commitment hearing on the face of the record Are therefore A "Nullity and Void" Critical Proceedings;

No Application for Search Warrant conducted in open court to confirm to the Evidence Seized 8 days later nor was there Affidavit or Affidavits supporting A Warrant for the items or them, etc.

See Article 9. Searches with Warrants(Criminal procedure. See Also under" United States Constitution Contract Clause, Article I, Section 10 " That - "Prohibits Any Contract "invalid" or impair the obligations under them, A both "Contract Carriers" Administrative Duties of Government Employment And employees Functions officials designated Individual performance must be executed upon delivery.

Plaintiff Contends An "Class Action Claim" Suite "Breach of Contract" for Failure to present on record, in open Court, "A Search Warrant Application And Search Warrant Affidavit" of items seized obtained A Hearing for the Property.

Plaintiff Contends upon the face of the record of Transcripts are Absent of A "Search Warrant Application And Search Warrant Affidavit," Appointed A Special Master to Accompany The person who was to Serve the Warrant And is Nullify A void "Arrest"

See Also; Hall v. Jackson, 310 ga. 714 (302) Vacated O.C.G.A. 17-4-41)

See "case of First impression", test case, And "Case in Chief," For material Evidence"

"Supporting case" (Or Does Deante perrin v. The City of Elbertons, case 3:03-CV-0606 (CDL) O.C.G.A. 51-7-20, (Scott Housing Systems, Inc. v. Hickok, 174 GA. App. 23, 26 329 S.E.2d, 154 157, O.C.S.A 17-4-20, Amason v. Kroger Co. 204 GA. App. 695, 696, 697, 420, S.E.2d, 314, 315, 316) (Invalid warrant violation, See GA, Const Art I, XI (P.6), (Scott Housing System, Inc. Etc. 28-4 (d), O.C.GA 51-7-1)

Conclusion of Affirmative Law

"Binding" Constitutional Govern Authority (Reed v. Dekalb County, 264 GA. App. 83, 89, 589 S.E.2d 584 587 (2003), O.C.GA (51-7-1,) "Desmond, 243 GA. App. At 74, 532 S.E.2d At 467 (2000) Also, Washington v. Dept. of Human Resources, 241 GA. App. 319, 321, 526 S.E.2d 354, 356 (1999), (OCGA, 51-7-1) "Kirbabas v 232, GA. App. At 480, 502 S.E.2d At 320, 321) And Asto (Smith v. Chatham County, 264 GA. App. 560, 569, 591, S.E.2d 388, 391 (2003)

"United States Constitutional Violation"
1st, 5th, 14th Due Process of Law")
Equal Protection, "Color of State Law"
(6.

"Negligent or Negligence") under the FTCA) and Intentional torts, False Arrest, Abuse of process and infliction of Emotional distress")

## "Request For Production OF Documents"

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that defendants produce for inspection and copying the following documents:

(1. All written statements (2. original or copies, identifiable as reports about the incident.
(3. warrants, warrant application hearing, minutes and recorded testimonies
(4. Affidavits of warrants, (5. dates, Policies Arresting officer who collects or receives any costs or other charges of a prosecutor or defendant in a case made on a state's warrant), person or persons applied for the warrant, and any related Documents by any reasonable means which identifies the Judge, including, but not limited to, his or her type written name, signature affixed by electronic stylus, or any other reasonable —

(7.

means which identifies the Judicial officer, signing the affidavit and warrant and any related documents- such authorization shall be deemed to comply with the signature requirements provided for in code Section - 17-4-45, and 17-4-46)
And the Issuance of Search warrant (17-5-22)
17-5-21 - 17-5-20 - 17-5-1 - 17-5-21.1 - 17-5-25
17-5-22 - 17-4-20 - 17-5-25

01-2-24

Respect Fully submitted

McKissic Carlton.
V.S.P. P.O. Box 5368
Valdosta, GA, 31603

Return a stampt Filed Copy, and Forward an Electronical Copy to All involved parties -
Thank you!

(8.

"Preponderance of The Evidence," To The "Conclusion of Law," of merits"

"The Warrant Requirements" 4th Amendment Violation;

"The Point of the Fourth Amendment... Not that it denies Law enforcement the support of the usual inferences which reasonable men draw from Evidence.

(1. Searches incident to valid Arrests, (2. Seizures of items in plain view, Therefore, When A Magistrate issues a warrant based on A deliberately or, recklessly false Affidavit, (3. When a magistrate "Fails" to Act in a Neutral and detached manner, (4, When a warrant is based on An Affidavit) "So lacking in Indicia of Probable Cause as to render official belief in its existence entirely unreasonable."

(5. When a warrant is so Facially deficient that no Reasonable officer could believe it to be valid... and

(6. When police recklessly maintain or. Knowingly enter false information into a warrant database to future arrests. Therefore, its An illegal Arrest, illegal search and Seizure, Warrantless search, no consent to seizure and search warrantless seizures of property items, particular items,

(1.